IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 22 2015
BY_____ ARTHUR JOHNSTON
DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:15CR82CWR-FKB

DANIEL KRAUSE                               18 U.S.C. 1343

**The Grand Jury Charges:**

1. That beginning sometime in 2011, and continuing thereafter up to and including the date of this Indictment, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DANIEL KRAUSE**, devised and intended to devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises from B.K and A.K in Harrison County, Mississippi, the defendant well knowing at the time that the pretenses, representations and promises to B.K. and A.K. would be and were false when made, and which scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises, so devised and intended to be devised, was in substance to obtain money from B.K and A.K., by the defendant, **DANIEL KRAUSE**, fraudulently telling B.K. and A.K. that he, **DANIEL KRAUSE**, would be physically harmed, charged with a crime, and/or have medicine withheld if he did not receive money within a certain period of time to pay certain individuals.

2. On or about the dates set forth below, within the Southern District of Mississippi, and elsewhere, the defendant **DANIEL KRAUSE**, for the purpose of carrying out his scheme to defraud and attempting to do so, knowingly caused to be transmitted in interstate commerce, certain wire communications, that is certain sounds and signals, telephone calls, each item

constituting a separate count herein as follows:

| COUNT | DATE | TELEPHONE CALL FROM | TELEPHONE CALL TO |
|---|---|---|---|
| 1 | August 7, 2014 | 601-467-1056 Mississippi | Green Dot Bank Pasadena, California |
| 2 | August 28, 2014 | 601-692-3588 Mississippi | Green Dot Bank Pasadena, California |
| 3 | September 5, 2014 | 662-549-5159 Mississippi | Green Dot Bank Pasadena, California |

All in violation of Section 1343 and 2, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 22 day of September, 2015.

UNITED STATES MAGISTRATE JUDGE